reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARION TAYLOR CHIPMAN, Respondent, v. JAY-THORPE, INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GRINNELL LITHOGRAPHIC COMPANY, Appellant, v. SCIENTIFIC ENGRAVING COMPANY, Respondent, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MICHAEL BESENBECK and Another, Appellants, v. JOSEPH POGACSNIK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of ARTHUR H. MARKS, Appellant, for the Appointment of an Arbitrator to Act in Behalf of LYDIA LOCKE DOENBLASER, Respondent, Pursuant to Section 4 of the Arbitration Law of the State of New York and Pursuant to an Agreement, etc., between Said Marks and Dornblaser.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and Burr, JJ., dissent.

THOMAS A. LEWIS, Respondent, v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BRONZIE MARTHA GARSKA, Appellant, v. BROOKLYN CITY RAILROAD COMPANY, Respondent.— Order affirmed; the judgment to stand as security; defendant to pay all costs to date, including costs of this appeal; the case to be put down for trial at an early date to be fixed by plaintiff. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling, J., dissents and votes to reverse the order and deny the motion. Settle order on notice.

HELEN VALERIA FRANK, Appellant, v. BROOKLYN CITY RAILROAD COMPANY, Respondent.— Order affirmed; the judgment to stand as security; defendant to pay all costs to date, including costs of this appeal; the case to be put down for trial at an early date to be fixed by plaintiff. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Dowling, J., dissents and votes to reverse the order and deny the motion. Settle order on notice.

JEAN R. MELVILLE, Respondent, v. WILLIAM R. MELVILLE, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HATTIE COHN and Others, Appellants, v. CRESCENT HILL IMPROVEMENT COMPANY and Another, Respondents.— Order entered on July 20, 1925, affirmed, with ten dollars costs and disbursements, with leave to renew motion on proper papers. Appeal from order entered on the 1st day of August, 1925, dismissed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of WILLIAM RABENORT, as President of the Federation of Teachers' Associations of the City of New York, Respondent, for